1  BRODY R. WIGHT, ESQ.
   Nevada Bar No. 13615
2  TROUTMAN PEPPER HAMILTON SANDERS LLP
3  8985 S. Eastern Ave., Ste. 200
   Las Vegas, NV 89123 (*Nevada Office*)
4  Telephone:   (470) 832-5586
   Facsimile:   (404) 962-6800
5  Brody.wright@troutman.com

6  TROUTMAN PEPPER HAMILTON SANDERS LLP
7  600 Peachtree St. NE #3000
   Atlanta, GA 30308 *(Corporate Office)*
8
   *Attorney for Defendant Westlake Services, LLC*
9  *dba Westlake Financial Services*

10

11              **UNITED STATES DISTRICT COURT**

12                   **DISTRICT OF NEVADA**

13

| | |
|---|---|
| 14  MARIA MARQUEZ DE MARTINEZ, | Case No.  2:23-cv-00716-JAD-BNW |
| 15          Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT** |
| 16  v. | |
| 17  EXPERIAN INFORMATION SOLUTIONS, INC., CALIFORNIA AUTO FINANCE, WESTLAKE SERVICES dba WESTLAKE FINANCIAL SERVICES, AARGON COLLECTION AGENCY and SUNRISE AUTO SALES, LLC, | Current response date:   June 5, 2023<br>New response date:        June 19, 2023 |
| 20          Defendants. | |

22      Pursuant to District of Nevada LR IA 6-1, Plaintiff Maria Marquez de Martinez ("Plaintiff"), and Defendant Westlake Services, LLC dba Westlake Financial Services ("Westlake"), hereby stipulate that Westlake's deadline to respond to Plaintiff's Complaint is extended by 14 days, up to and including June 19, 2023. Westlake recently retained counsel in this action who is currently evaluating Plaintiff's claims and assessing them for potential early resolution.

///

This is the first stipulation regarding an extension of time for Westlake to respond to the Complaint. The parties submit this stipulation in good faith and not for any improper purposes or to cause unnecessary delay.

Counsel for Westlake attests that concurrence in the filing of this stipulation has been obtained from counsel for the Plaintiff.

Dated:　　June 5, 2023　　　　　　　　　　TROUTMAN PEPPER HAMILTON
　　　　　　　　　　　　　　　　　　　　　　　SANDERS LLP

　　　　　　　　　　　　　　　　　　　　　　　By: /s/ *Brody Wight*
　　　　　　　　　　　　　　　　　　　　　　　Brody R. Wight, Esq.
　　　　　　　　　　　　　　　　　　　　　　　Nevada Bar No. 13615
　　　　　　　　　　　　　　　　　　　　　　　8985 S. Eastern Ave., Ste. 200
　　　　　　　　　　　　　　　　　　　　　　　Las Vegas, NV 89123 (*Nevada Office*)
　　　　　　　　　　　　　　　　　　　　　　　600 Peachtree St. NE #3000
　　　　　　　　　　　　　　　　　　　　　　　Atlanta, GA 30308 (*Corporate Office*)

　　　　　　　　　　　　　　　　　　　　　　　*Attorney for Defendant Westlake Services, LLC*
　　　　　　　　　　　　　　　　　　　　　　　*dba Westlake Financial Services*

Dated:　　June 5, 2023　　　　　　　　　　KIND LAW

　　　　　　　　　　　　　　　　　　　　　　　By: /s/ *Michael Kind*
　　　　　　　　　　　　　　　　　　　　　　　Michael Kind, Esq.
　　　　　　　　　　　　　　　　　　　　　　　Nevada Bar No: 13903
　　　　　　　　　　　　　　　　　　　　　　　8860 South Maryland Parkway, Suite 106
　　　　　　　　　　　　　　　　　　　　　　　Las Vegas, Nevada 89123

　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff Maria Marquez de*
　　　　　　　　　　　　　　　　　　　　　　　*Martinez*

## ORDER
**IT IS SO ORDERED**

**DATED:** 5:27 am, June 06, 2023

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**