AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Maria Marquez de Martinez

      Plaintiff,

v.

Experian Information Solutions, Inc. et al,

      Defendant.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:23-cv-00716-JAD-BNW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that default judgment is hereby entered against Defendant Sunrise Auto Sales, LLC pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, in the amount of $1,000.

September 12, 2023  
Date

DEBRA K. KEMPI  
Clerk

/s/ C. Smith  
Deputy Clerk