Michael Kind, Esq.
Nevada Bar No.: 13903
**Kind Law**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
(702) 329-5881 (fax)
mk@kindlaw.com
*Attorney for Plaintiff Maria Marquez de Martinez*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Maria Marquez de Martinez,<br><br>　　　　　　Plaintiff,<br>v.<br><br>Experian Information Solutions, Inc. et al,<br><br>　　　　　　Defendants. | Case No.: 2:23-cv-00716-JAD-BNW<br><br>**Stipulation and Order Dismissing Westlake Services, LLC dba Westlake Financial Services with prejudice**<br><br>ECF No. 29 |

　　　Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Maria Marquez de Martinez and Westlake Services, LLC dba Westlake Financial Services stipulate to dismiss Plaintiff's claims against Westlake Services, LLC dba Westlake Financial Services with prejudice.

///

///

///

Stipulation　　　　　　　　　　　- 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: September 21, 2023.

**KIND LAW**

/s/ Michael Kind
Michael Kind, Esq.
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
*Attorney for Plaintiff Maria Marquez de Martinez*

**TROUTMAN PEPPER HAMILTON SANDERS LLP**

/s/ Brody Wight
Brody Wight, Esq.
600 Peachtree Street, NE, Suite 3000
Atlanta, GA 30308
*Counsel for Westlake Services, LLC dba Westlake Financial Services*

### ORDER

Based on the stipulation between plaintiff and Westlake Services, LLC dba Westlake Financial Services [ECF No. 29], which I construe as a joint motion under Local Rule 7-1(c) because it was signed by fewer than all the parties or their attorneys, and with good cause appearing, IT IS HEREBY ORDERED that ALL CLAIMS AGAINST Westlake Services, LLC dba Westlake Financial Services are DISMISSED with prejudice, each side to bear its own fees and costs.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: September 26, 2023