AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Maria Marquez de Martinez

              Plaintiff,

v.

Sunrise Auto Sales, LLC,

              Defendants.

**AMENDED DEFAULT JUDGMENT IN A CIVIL CASE**

Case Number: 2:23-cv-00716-JAD-BNW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

That default judgment is hereby entered against Defendant Sunrise Auto Sales, LLC pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, in the amount of $1,000. Martinez is awarded $757.70 in attorney's fees. I deny the motion for costs without prejudice. The Clerk of Court is directed to ENTER AN AMENDED JUDGMENT reflecting this award in addition to the original $1,000 default judgment.

10/26/2023
Date

DEBRA K. KEMPI
Clerk

/s/ C. Torres
Deputy Clerk